JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOORISH SCIENCE TEMPLE OF AMERICA et al., | CV 20-10367 PA (MAAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| PALLMEYER, et al., | |
| Defendants. | |

Pursuant to the Court's December 21, 2020 order dismissing this action for failure to comply with the Court's orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED:  December 21, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE